# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV12-06477 JAK (PLAx) | Date | November 21, 2012 |
|---|---|---|---|
| Title | Ayesha Williams v. Southwest Airlines Co. et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| R. Neal for Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On November 20, 2012, defendant filed a Notice of Settlement [15]. The Court sets an Order to Show Cause re Dismissal for Monday, January 14, 2013 at 8:30 a.m. If the parties file a dismissal by January 10, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference set for May 20, 2013, the Status Conference re Exhibits set for June 7, 2013, and the Jury Trial set for June 11, 2013, are vacated.

:

Initials of Preparer   rgn